# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STEVEN A. ACTON, | : |
| Plaintiff, | : Case No. 2:12-cv-1049 |
| v. | : JUDGE ALGENON L. MARBLEY |
| COMMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Terry Kemp |
| Defendant. | : |

## OPINION & ORDER

On January 22, 2015, the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 25), recommending that the Plaintiff's motion for attorney's fees under the Equal Access to Justice Act be denied. (Doc. 22). The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so. No objection has been filed.

Since neither party has objected, and the deadline for such objections elapsed on February 5, 2015, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

                                              s/ Algenon L. Marbley
                                              **ALGENON L. MARBLEY**
                                              **UNITED STATES DISTRICT JUDGE**

**DATED: March 30, 2015**